
IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | CRIMINAL NO. 20-MJ-7193-MAB |
| XAVIER D. WILLIAMS, ) | Title 18 United States Code |
| Defendant. ) | Sections 922(g)(1) |

## CRIMINAL COMPLAINT

I, Matt Inlow, Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

### COUNT 1
### Felon in Possession of a Firearm

On or about October 7, 2020, in Madison County, within the Southern District of Illinois,

**XAVIER D. WILLIAMS,**

defendant herein, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, namely: Felon in Possession of a Firearm (18 U.S.C. 922), on or about April 10, 2018, in Case No. 17-CR-30146-NJR, in the Southern Judicial District of Illinois, did knowingly possess firearms, to wit: a Norinco, 7.62X39 Rifle bearing Serial Number 24008079, said firearm having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Section 922(g)(1).

### AFFIDAVIT

Your affiant is a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) currently assigned to the Fairview Heights, Illinois Field Office and has been so employed since September 2001. Your affiant was previous employed as a United States Secret

Service Uniformed Division Police Officer from November of 2000 through September of 2001. Your affiant is responsible for investigating violations of federal firearms laws, including Title 18 U.S.C. Section 922(g)(1), making it unlawful for any person who has knowingly been convicted of a crime punishable by more than one year in prison to possess a firearm, which affects or is transported in interstate commerce.

The statements contained in this affidavit are based on the investigation of your Affiant, as well as information derived from reports and interviews of the law enforcement officers and witnesses named herein. In support of this Complaint, your Affiant states as follows:

1. On October 7, 2020, I was working along with the United States Marshals Fugitive Task Force to execute arrest warrants and probation warrants. Specifically, the United States Marshals Fugitive Task Force was assisting the Madison, Illinois Police Department in locating a passenger that fled on foot from a traffic stop in which a firearm recovered.

2. On October 7, 2020, Madison, Illinois Police Department conducted a traffic stop on a Red Chrysler 300 for speeding in the 1500 block of State Street, in Madison, Illinois, within the Southern District of Illinois. The driver of the vehicle could not provide a license or state issued identification nor could he provide valid insurance for the vehicle. The driver identified himself as Khari A. Jackson. Initially, the passenger identified himself as "Cory Harding". The Madison, Illinois Police Department attempted to identify the individuals impounded the vehicle. During the Madison, Illinois Police investigation, the passenger who had identified himself as "Cory Harding," fled from the traffic stop on foot. During the inventory search of the vehicle, law enforcement recovered a firearm inside the vehicle. This firearm was identified as a Norinco, 7.62X39 Rifle bearing Serial Number 24008079, which was manufactured in China.

3. Members of the United States Marshals Service Great Lakes Regional Fugitive Task Force, along with their K9, arrived at the traffic stop based upon request for assistance and began searching the area for the subject who fled. The K9 tracked a scent to an abandoned

house. Law Enforcement located Xavier D. WILLIAMS hiding under a blanket and down in the rubbish of the basement.

4. JACKSON was interviewed by Law Enforcement and informed Agents that he had spent the night at the same residence of WILLIAMS and stated that WILLIAMS was his real cousin. JACKSON stated that on the night of October 6, 2020, he had looked at the firearm and that his fingerprints and his DNA would be on the firearm. JACKSON identified a picture of the firearm. JACKSON stated that the firearm was at the residence before he arrived at the residence. JACKSON stated that when he and WILLIAMS got ready to leave the residence on the morning of October 7, 2020, that WILLIAMS told JACKSON to grab the firearm and place it in the car. JACKSON stated that he was driving the car and had given the firearm to WILLIAMS who had the firearm between his leg and the center console on the passenger side when Law Enforcement stopped the vehicle.

5. WILLIAMS was interviewed by Law Enforcement and informed Agents that he had obtained the firearm approximately two to three weeks ago, shortly after his friend was killed. WILLIAMS stated that he had placed the firearm in the trunk of the vehicle and that the firearm had been in the vehicle ever since he had obtained it. WILLIAMS stated that the firearm was loaded and that he had shown the firearm to JACKSON approximately two weeks ago. WILLIAMS stated that the car belonged to his girlfriend. WILLIAMS stated that he was given the firearm from an individual that he did not want to name and that he did not pay anything for the firearm. WILLIAMS also informed Agents that he knew he was a convicted felon both in the State of Illinois and in Federal Court. WILLIAMS stated that he thought there was an arrest warrant for him and that was why he provided a false name and then fled from the traffic stop.

6. WILLIAMS was previously convicted of a felony punishable by imprisonment for a term exceeding one year, being Felon in Possession of a Firearm (18 U.S.C. 922(g)), on or about April 10, 2018, in Case No. 17-CR-30146-NJR.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

                         Matthew R. Inlow *Digitally signed by Matthew R. Inlow*
*Date: 2020.10.07 21:34:18 -05'00'*

                         Matthew R. Inlow
                         Special Agent, Bureau of Alcohol, Tobacco,
                         Firearms and Explosives

                         STEVEN D. WEINHOEFT
                         United States Attorney

                         Alexandria M. Burns
                         Assistant United States Attorney

| | |
|---|---|
| State of Illinois | ) |
| | )    SS. |
| County of St. Clair | ) |

Sworn on the __8__th day of October 2020, within the Southern District of Illinois.

                         Honorable Mark A. Beatty
                         United States Magistrate Judge